IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBERTO VASQUEZ

    Plaintiff,

v.                                                  Case No. _____

ALBERTSON'S MARKET,

    Defendant.

## NOTICE OF REMOVAL

    Defendant United Supermarkets, L.L.C. d/b/a Albertson's Market (hereinafter referred to as "United"), by and through undersigned counsel, and pursuant to 28 U.S.C. §§ 1332(a), 1441(a) and (b), and 1446, and the applicable Local Rules of the United States District Court for the District of New Mexico, hereby removes the above-captioned civil action from the Second Judicial District Court of the State of New Mexico, Bernalillo County, to the United States District Court for the District of New Mexico. In support thereof, United states as follows:

### I. PROCEDURAL HISTORY

    1. Plaintiff Robert Vasquez ("Vasquez") commenced a civil action against Albertson's Market in the Second Judicial District Court, County of Bernalillo, State of New Mexico, captioned *Roberto Vasquez v. Albertsons Market*, Cause No. D-202-CV-2021-04094. *See* Complaint, attached hereto as *Exhibit A*.

    2. New Albertson's, Inc., an Ohio Corporation was served with the Complaint on July 8. 2021. *See* CT Corporation Service of Process Transmittal, attached as *Exhibit B*. Notice of such service was subsequently provided to United.

3. As noted above, United, doing business as Albertson's Market, operated the store where the alleged incident upon which the Plaintiff's Complaint is based occurred, at the time of the alleged incident. Accordingly, United d/b/a Albertson's Market is the proper party Defendant in this matter.

4. The Notice of Removal has been filed in accordance with 28 U.S.C. §§1441(b) and 1446.

## II.     TIMELINESS OF REMOVAL

5. This Notice of Removal is filed within 30 days of Defendant's receipt of service upon it.

6. Therefore, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b). Moreover, the matter has been pending for less than one year.

7. Pursuant to 28 U.S.C. § 1446(b)(1), this Notice of Removal is timely.

## III.    BASIS FOR REMOVAL

8. Removal of this case is proper under 28 U.S.C. §1441 and 28 U.S.C. §1332, because complete diversity of citizenship exists between the Plaintiff and Defendant and based upon assertions in the Complaint and the cost of medical treatment incurred by Plaintiff to date arising from the incident at issue, the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00) exclusive of costs and interest.

   A. **Diversity of Citizenship**

   **The Parties in this Action are Citizens of Different States.**

9. For diversity purposes, a person is a "citizen" of the state in which he is domiciled." *Kantor v. Wellesley Galleries, Ltd.*, 704 F.2d 1088, 1090 (9th Cir. 1983). Residence

is prima facie evidence of domicile. *State Farm Mut. Auto Ins. Co. v. Dyer*, 19 F.3d 514, 520 (10th Cir. 1994).

10. Plaintiff alleges she is a resident of Bernalillo County, New Mexico. (*See Exhibit A* at ¶1). Accordingly, Plaintiff is also a citizen of the State of New Mexico.

11. United Supermarkets, LLC is a limited liability company formed under the laws of Texas, with its headquarters located in Lubbock, Texas. An LLC is deemed to be a citizen of the state where each of its members resides. No member of United is a resident of New Mexico. Accordingly, United can be considered a citizen of Texas. For purposes of removal jurisdiction, United is not a citizen of New Mexico.

12. Based upon the foregoing, for purposes of removal jurisdiction, complete diversity exists between Plaintiff and Defendants.

   B.  **Value of Matter in Controversy**

13. Under 28 U.S.C. §1441(a), "the amount in controversy is ordinarily determined by the allegations of the complaint, or, where they are not dispositive, by the allegations in the notice of removal." *Martin v. Franklin Capital Corp.*, 251 F.3d 1284, 1290 (10th Cir. 2001). The Tenth Circuit has clarified this standard by stating that the removing Defendant "must affirmatively establish jurisdiction by proving jurisdictional *facts* that made it *possible* that $75,000 was in play…[i]t is only the jurisdictional facts that must be proven by a preponderance – not the legal conclusion that the statutory threshold amount is in controversy." *McPhail*, 529 F.3d at 955 (emphasis in original). The Tenth Circuit has noted, however, that a Plaintiff cannot avoid removal merely by not alleging the jurisdictional amount, as such a practice/policy would frustrate the purpose of diversity jurisdiction, "which is, after all, to protect the out- of-state Defendant." *McPhail*, 529 F.3d at 955.

14. To determine whether the amount in controversy requirement is met, a court may aggregate actual damages, punitive damages, attorney's fees, and statutorily imposed penalties, if any, but not interest or costs. *Trujillo v. Reynolds*, No. CIV 07-1077 JB/RLP, 2008 WL 2323521, *3 (Jan. 17, 2008).

15. A removing Defendant may satisfy its burden by proving jurisdictional facts that make it possible that more than $75,000 is at issue by "rely[ing] on an estimate of the potential damages from the allegations in the complaint." *Id.* In doing this, the Defendant may specify the numerical value of the damage or may not and just allege that the amount in controversy exceeds $75,000 by setting out the specific factual allegations supporting that conclusion. *Id.* at 956 (citing *Luckett v. Delta Airlines, Inc.*, 171 F.3d 295, 298 (5th Cir. 1999); *see also Hanna v. Miller*, 163 F.Supp.2d 1302, 1306 (D.N.M. 2001) (stating that courts may consider the substance and nature of the injuries and damages described in the pleadings and finding significant value in Plaintiff's claims where complaint alleged "severe injuries" and "permanent impairment").

16. The Complaint, pursuant to the New Mexico Rules of Civil Procedure, contains no allegations for damages in a specific monetary amount. The Complaint, however, alleges Plaintiff is entitled to compensatory damages for the following categories: severe physical injuries, permanent bodily impairment and scarring, loss of earning capacity in the future, past and future medical expenses, pain and suffering, mental anguish, loss of enjoyment of life, and "other compensable damages." *See Exhibit A,* ¶ 6 and Prayer for Relief. In addition, Plaintiff asserts entitlement to an aware of punitive damages. *Id*. at ¶ 7.

17. Although United does not admit Plaintiff has been damaged in any amount by any act or omission of it or any of its employees, based on the damage allegations in the

Complaint and the information provided by Plaintiff regarding the medical expenses incurred to date that he alleges arose out of the incident at issue, the amount in controversy exceeds $75,000.00, exclusive of interest and costs, as required for diversity jurisdiction pursuant to 28 U.S.C. §1332.

18. Thus, pursuant to 28 U.S.C. § 1332(a), this Court has jurisdiction over this matter, in that the parties hereto are citizens of different states and the amount in controversy, exclusive of interest and costs, is in excess of $75,000.

### IV. NOTICE OF ADVERSE PARTY AND STATE COURT

19. Defendant United, upon filing this Notice of Removal, is filing a copy of this Notice of Removal with the District Clerk of the Second Judicial District Court in the State of New Mexico, Bernalillo County, in accordance with 28 U.S.C. §1446(d).  A copy of the Notice of Filing of Notice of Removal is attached as *Exhibit C*.

20. Pursuant to by 28 U.S.C. Section §1446(d), written notice of removal is being served on counsel of record.

### V. FILINGS FROM STATE COURT DOCKET

21. Pursuant to D.N.M. LR-CIV 81.1(a) of the Local Civil Rules of the United States District Court for the District of New Mexico, legible copies of records and proceedings from the state court action are being filed herewith.

United reserves, preserves, and does not waive, any and all defenses it may have to Plaintiff's Complaint, including without limitation, insufficiency of process, insufficiency of service of process, lack of jurisdiction over the person and failure to join necessary and indispensable parties.

WHEREFORE, United d/b/a Albertson's Market respectfully requests that this case be entered upon the docket of the United States District Court for the District of New Mexico, pursuant to 28 U.S.C. §§ 1441 and 1446.

    Respectfully Submitted,

    BUTT THORNTON & BAEHR PC

    /s/ *Monica R. Garcia*
    Monica R. Garcia
    P.O. Box 3170
    Albuquerque, New Mexico 87190
    Telephone: (505) 884-0777
    Facsimile: (505) 889-8870
    mrgarcia@btblaw.com
    *Attorneys for Defendant*

I HEREBY CERTIFY that on the 9th day of August, 2021, I filed the foregoing electronically through the electronic filing system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Kenneth R. Wagner – kwagner@kenwagnerlaw.com
*Attorneys for Plaintiff*

*/s/ Monica R. Garcia*
Monica R. Garcia

The JS-44 civil cover sheet and information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, expect as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**1. (a) PLAINTIFFS**
ROBERT VASQUEZ

(b) County of Residence of First Listed Plaintiff: BERNALILLO COUNTY
(EXCEPT IN U.S. PLAINTIFF CASES)

**DEFENDANTS** UNITED SUPERMARKETS, L.L.C. d/b/a Albertson's Market
County of Residence of First Listed Defendant: LUBBOCK COUNTY, TEXAS
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Kenneth R. Wagner, Esq.
Ken Wagner Law, P.A.
P.O. Box 25167
Albuquerque, NM 87125
Phone: 505-242-6300
kwagner@kenwagnerlaw.com

Butt Thornton & Baehr, P.C.
Monica R. Garcia, Esq.
4101 Indian School Rd. N.E. #300
Albuquerque, NM 87110
Telephone: 505- 884-0777
mrgarcia@btblaw.com

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☒ 4  Diversity (Indicate Citizenship of parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault Libel & Slander | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Heath | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other | ☐ 861 HIA (1395 ff) | ☐ 480 Cable/Sat TV |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | **LABOR** | ☐ 862 Black Lung (923) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 863 DIW C/DIW W (405(g)) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury – Med. Malpractice | ☐ 720 Labor/Mgmt Relations | ☐ 864 SSID Title XVI | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | ☐ 365 Personal Injury – Product Liability | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | **PERSONAL PROPERTY** | 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 370 Other Fraud | ☐ 791 Empl Ret Inc. Security Act | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 371 Truth in Lending |  |  | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 380 Other Personal Property Damage | **CIVIL RIGHTS** |  | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 385 Property Damage Product Liability | ☐ 441 Voting |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All other Real Property | **PRISONER PETITIONS** | ☐ 442 Employment |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 510 Motions to Vacate Sentence | ☐ 443 Housings Accommodations |  |  |
|  | **HABEAS CORPUS:** | ☐ 444 Welfare |  |  |
|  | ☐ 530 General | 440 Other Civil Rights |  |  |
|  | ☐ 535 Death Penalty |  |  |  |
|  | ☐ 540 Mandamus & Other |  |  |  |
|  | ☐ 550 Civil Rights |  |  |  |
|  | ☐ 555 Prison Condition |  |  |  |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
(Cite the U.S. Civil Statute under which you are filing. **Do not cite jurisdictional statutes unless diversity.**):
28 U.S.C. §1441 and 28 U.S.C. §1332

Brief description of cause: Damages related to contract

**VII. REQUESTED IN COMPLAINT:**
CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

**DEMAND $** _____

CHECK YES only if demanded in Complaint
**JURY DEMAND:** YES ☐   NO X

**VIII. RELATED CASES(S) IF ANY** (See instructions)
JUDGE_____   DOCKET NUMBER_____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| August 9, 2021 | /s/ Monica R. Garcia |

FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
6/30/2021 11:09 AM
CLERK OF THE COURT
Patricia Serna

SECOND JUDICIAL DISTRICT COURT
COUNTY OF BERNALILLO
STATE OF NEW MEXICO

ROBERTO VASQUEZ,
          Plaintiff,

vs.                                  Cause No.:  D-202-CV-2021-04094

ALBERTSONS MARKET,
          Defendant.

## COMPLAINT
## FOR PERSONAL INJURY AND DAMAGES

**COMES NOW** the Plaintiff, **ROBERTO VASQUEZ,** by and through his attorney of record, **KEN WAGNER LAW, P.A. (Kenneth R. Wagner, Esq.)**, and for his cause of action against Defendant, states as follows:

### FIRST CAUSE OF ACTION

1. Plaintiff is a resident of Bernalillo County, Albuquerque, New Mexico. Defendant, Albertsons Market is a corporation, and may be served with process by serving its registered agent for service, Corporation Process Company, at its registered office, at 726 E. Michigan, Ste 330, Hobbs, New Mexico 88240.

2. Defendant owns and operates a grocery store and related properties at 10131 Coors Road, NW, Albuquerque, New Mexico 87114, where the subject accident occurred on February 14, 2019.

3. Plaintiff, Roberto Vasquez, brings this suit to recover for personal injuries sustained as a result of a dangerous condition on Defendant's property, specifically a fall he sustained when entering the Albertsons Market on or about February 14, 2019.

1

**EXHIBIT A**

4.	At the time and on the occasion in question, Plaintiff was an invitee on Defendant's property, having gone there for grocery shopping. Defendant knew of the unreasonably dangerous condition and neither corrected nor warned the Plaintiff of it. TO WIT: water on the floor of the entrance caused by a leaking roof wherein Albertsons Market had construction crews tending to the leaks and failed to place caution barriers or direct customers to another entrance.

5.	The Plaintiff did not have any knowledge of the dangerous condition and could not have reasonably been expected to discover it. Defendant's failure to correct the condition or to warn Plaintiff constituted negligence, and such negligence was the proximate cause of the occurrence in question and the Plaintiff's resulting injuries.

6.	As a result of the occurrence above described, the Plaintiff suffered severe personal injuries, causing Plaintiff to sustain permanent bodily impairment, scarring, and a loss of earning capacity in the future. Plaintiff underwent physical therapy. Plaintiff has experienced physical pain and mental anguish and will, in reasonable probability, continue to do so in the future by reason of the nature and severity of Plaintiff's injuries and disfigurement. Plaintiff has been caused to incur medical charges and expenses in the past and will continue to incur medical expenses in the future for Plaintiff's injuries in a sum to be established at trial.

7.	Defendant's conduct as above described was willful, wanton, and reckless and Plaintiff is entitled to punitive damages in a sum to be established at trial.

**WHEREFORE**, Plaintiff, Roberto Vasquez, prays for judgment against the Defendant as follows:

**EXHIBIT A**

      A.      Compensatory damages to compensate Plaintiff for his pain, suffering and disfigurement; loss of enjoyment of life; loss of chance; loss of income; loss of ability to earn income; and other compensable damages;

      B.      Punitive damages;

      C.      Prejudgment and post judgment interest;

      D.      Costs incurred in the prosecution of this case; and

      E.      For such other and further relief as the Court deems just and proper.

Respectfully submitted this 30th day of June 2021.

**KEN WAGNER LAW, P.A.**

*Electronically Filed*

/s/*Kenneth R. Wagner*
Kenneth R. Wagner, Esq.
*Attorney for Plaintiff*
P.O. Box 25167
Albuquerque, NM  87125
Telephone: (505) 242-6300
Fax: (505) 242-0790
kwagner@kenwagnerlaw.com

**EXHIBIT A**



# Service of Process Transmittal
07/08/2021
CT Log Number 539868733

| | |
|---|---|
| **TO:** | Donna Shavers<br>Albertson's LLC<br>PO BOX 160066, 321 MONTGOMERY RD<br>ALTAMONTE SPRINGS, FL 32716-0066 |
| **RE:** | **Process Served in New Mexico** |
| **FOR:** | Albertsons  (Cross Ref Name)  (Domestic State: OH)<br>New Albertsons, Inc. (True Name) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | ROBERTO VASQUEZ, PLTF. vs. ALBERTSONS MARKET, DFT.<br>*Name discrepancy noted*. |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # D202CV202104094 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Process Company, Hobbs, NM |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 07/08/2021 at 14:30 |
| **JURISDICTION SERVED:** | New Mexico |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/08/2021, Expected Purge Date: 07/13/2021<br><br>Image SOP<br><br>Email Notification,  Michael McCue  Michael.McCue@safeway.com<br><br>Email Notification,  Donna Shavers  donna.shavers@albertsons.com<br><br>Email Notification,  Risk Management Group  RM.Claim.Support@Safeway.com<br><br>Email Notification,  Carmen Rowland  Carmen.Rowland@safeway.com |
| **REGISTERED AGENT ADDRESS:** | The Corporation Process Company<br>726 E. Michigan<br>Suite 330<br>Hobbs, NM 88240<br>866-203-1500<br>DealTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other

Page 1 of  2 / SP

# EXHIBIT B



# Service of Process Transmittal
07/08/2021
CT Log Number 539868733

**TO:** Donna Shavers
Albertson's LLC
PO BOX 160066, 321 MONTGOMERY RD
ALTAMONTE SPRINGS, FL 32716-0066

**RE:** **Process Served in New Mexico**

**FOR:** Albertsons  (Cross Ref Name)  (Domestic State: OH)
New Albertsons, Inc. (True Name)

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 2 of  2 / SP

# EXHIBIT B

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

ROBERTO VASQUEZ

       Plaintiff,

v.                                            Case No. D-202-CV-2021-04094

ALBERTSON'S MARKET,

       Defendant.

## NOTICE OF FILING OF NOTICE OF REMOVAL

Defendant United Supermarkets, LLC d/b/a Albertson's Market hereby notifies the Court that on August 9, 2021, it filed a Notice of Removal of the above captioned matter in the United States District Court for the District of New Mexico. A copy of the Notice of Removal is attached as *Exhibit A*. Accordingly, and pursuant to 28 U.S.C. § 1446(d), this Court may proceed no further unless and until the case is remanded.

                                                               Respectfully Submitted,

                                                               BUTT THORNTON & BAEHR PC

                                                               /s/ *Monica R. Garcia*
                                                               Monica R. Garcia
                                                               P.O. Box 3170
                                                              Albuquerque, New Mexico 87190
                                                              Telephone: (505) 884-0777
                                                              Facsimile: (505) 889-8870
                                                              mrgarcia@btblaw.com
                                                              *Attorneys for Defendant*

**EXHIBIT C**

I HEREBY CERTIFY that on the 9th day of August, 2021, I filed the foregoing electronically through the electronic filing system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Kenneth R. Wagner – kwagner@kenwagnerlaw.com
*Attorneys for Plaintiff*


*/s/ Monica R. Garcia*
Monica R. Garcia

**EXHIBIT C**

FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
7/12/2021 10:51 AM
CLERK OF THE COURT
Edna Kasuse

# SUMMONS

Second Judicial District Court
Bernalillo County, New Mexico
400 Lomas Blvd. N.W.
Albuquerque, NM 87102

Court Telephone Number: (505) 841-7451

Plaintiff(s): ROBERTO VASQUEZ
vs.
Defendant(s): ALBERTSONS MARKET

Case Number: D-202-CV-2021-04094

Judge: Daniel Ramczyk

Defendant
Name:    ALBERTSONS MARKET
Address: Corporation Process Company
         725 E. Michigan, Ste 330
         Hobbs, NM 88240

**TO THE ABOVE-NAMED DEFENDANT(S):** Take notice that:
1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.
2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA.) The Court's address is listed above.
3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.
4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.
6. If you need an interpreter, you must ask for one in writing.
7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6227; or 1-505-797-6066.

Dated at _____, New Mexico, this 7/7/2021 day of July 2021.

KATINA WATSON
SECOND JUDICIAL DISTRICT COURT
CLERK OF THE COURT

By: _____
Deputy Clerk

Kenneth R. Wagner, Esq.
KEN WAGNER LAW, P.A.
P.O. Box 25167
Albuquerque, NM 87125
Phone: (505) 242-6300
Fax:   (505) 242-0790
Email: kwagner@kenwagnerlaw.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 NMRA OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

1

## RETURN OF SERVICE

STATE OF NEW MEXICO  )
                     )ss
COUNTY OF BERNALILLO )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _Lea_ county on the _8_ day of _July_ 2021, by delivering a copy of this summons, with a copy of complaint attached, in the following manner: **(check one box and fill in appropriate blanks)**

[ ] to the defendant _____ *(used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint)*

[ ] to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA *(used when service is by mail or commercial courier service).*

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ] to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____ *(used when the defendant is not presently at place of abode)* and by mailing by first class mail to the defendant at _____ *(insert defendant's last known mailing address)* a copy of the summons and complaint.

[ ] to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ *(insert defendant's business address)* and by mailing the summons and complaint by first class mail to the defendant at _____ *(insert defendant's last known mailing address).*

[X] to _Kimberlie Flauto Albertsons Market_, an agent authorized to receive service of process for defendant

[ ] to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ *(used when defendant is a minor or an incompetent person).*

[ ] to _____ *(name of person)*, _____ *(title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).*

Fees: _____

_____
Signature of person making service

PI  Johnny Rivas
Title *(if any)*

Subscribed and sworn to before me this _9th_ day of July 2021.

OFFICIAL SEAL
VALERIE GUERRA
NOTARY PUBLIC, STATE OF NEW MEXICO
MY COMMISSION EXPIRES _7-24-2024_

_____
Official title  _Notary_

2

FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
6/30/2021 11:09 AM
CLERK OF THE COURT
Patricia Serna

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

ROBERTO VASQUEZ,
      Plaintiff,

v.            Cause No. D-202-CV-2021-04094

ALBERTSONS MARKET,
      Defendant.

## PLAINTIFFS' CERTIFICATION
## REGARDING ARBITRATION UNDER LOCAL RULE 2-603

I, Kenneth R. Wagner, Esq., counsel for the Plaintiff, certifies that:

_____ This case is subject to referral to arbitration under Local Rule 603. No party seeks relief other than a money judgment and no party seeks an award in excess of $25,000.00 inclusive of punitive damages and exclusive of interest, costs and attorneys' fees.

__X__ This case is not subject to referral to arbitration under Local Rule because at least one party seeks relief other than a money judgment and/or at least one party seeks an award in excess of $25,000.00 exclusive of punitive damages and exclusive of interest, costs and attorneys' fees.

We further certify that the pleadings in this case are closed within the meaning of Guideline 1-5 of the Guidelines to Local Rule 58.

Dated this 30th day of June 2021.

              Respectfully submitted,

              **KEN WAGNER LAW, P.A.**

              *Electronically Filed*

          By: /s/ *Kenneth R. Wagner*
             Kenneth R. Wagner, Esq.
             P.O. Box 25167
             Albuquerque, NM 87125
             (505) 242-6300
             (505) 242-0790 (Facsimile)
             kwagner@kenwagnerlaw.com
             *Attorney for Plaintiff Hope Gallegos*